constituted a bar to the action. The facts alleged in that paragraph of the answer, so far as they tend to mitigate the damages recoverable in this action, might be shown under a proper answer pleaded by way of mitigation of damages. The demurrer to this defense should have been sustained. The judgment of the circuit court and the order overruling the demurrer are reversed, and that court is directed to enter an order sustaining the demurrer to the defense demurred to.

GRIGSBY V. PLANKINTON BANK, *et al.*

(Opinion filed March 1, 1902.)

Appeal from circuit court, Minnehaha county. HON. JOSEPH W. JONES, Judge.

Action by William E. Grigsby against the Plankinton Bank and another. From a judgment for the defendants, plaintiff appeals. Reversed.

*Davis, Lyon & Gates* and *Grigsby & Grigsby,* for appellant.

*A. B. Kittredge* and *E. R. Winans,* for respondents.

HANEY, P. J. For the reasons given in Lyon v. Bank, 15 S. D. 400. 89 N. W. 1017, the judgment in this case is reversed, and a new trial ordered.

MURPHY V. PLANKINTON BANK *et al.*

(Opinion filed March 1, 1902.)

Appeal from circuit court, Minnehaha county. HON. JOSEPH W. JONES, Judge.